MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: ANDREW M. McNEELA
Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Tel. No.: (212) 637-2741
Fax No.: (212) 637-2786

☐ ORIGINAL

07 CV 6891

WP4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
JESUS GARICA, as Administrator of,  :
the estate of ANGEL GARCIA,         :
deceased,                           :
                                    :
                Plaintiff,          :       NOTICE OF REMOVAL
                                    :
     -against-                      :       07 Civ. _____
                                    :
ANEES AHMAD, M.D., JOHN PODESZWA,   :       Index No. 8326/07
M.D., and ORANGE REGIONAL MEDICAL   :       (Supreme Court of the
CENTER,                             :       State of New York)
                                    :
                Defendants.         :
                                    :
----------------------------------X

2007 JUL 31 PM 3:47
FILED U.S. DISTRICT COURT
S.D. OF N.Y.

     Defendant Anees Ahmad, M.D. ("defendant"), by and through

his attorney, Michael J. Garcia, United States Attorney for the

Southern District of New York, hereby removes the above-captioned

action to the United States District Court for the Southern

District of New York.   The grounds for removal are as follows:

     1.   On or about February 27, 2007, plaintiff Jesus Garcia,

as administrator of the estate of Angel Garcia, commenced an

action in the Supreme Court of the State of New York, Bronx

County, by filing a Summons and Verified Complaint under index

number 8326-07.   A true and correct copy of the Summons and

Verified Complaint is attached hereto as Exhibit A.

2.    Pursuant to the Public Health Service Act, 42 U.S.C. § 201 et seq., as amended by the Federally Supported Health Centers Assistance Act of 1995, defendant's employer, Middletown Community Health Center Inc. ("Middletown"), was deemed to be an employee of the United States Government on July 1, 2001. See 42 U.S.C. § 233(a), (g)-(n).

3.    At the time of the events alleged in the complaint, defendant was an employee of Middletown acting within the scope of his employment and is therefore deemed to be an employee of the United States Government. See 42 U.S.C. § 233(a), (g)-(n).

4.    The Federal Tort Claims Act ("FTCA"), 28 U.S.C. §§ 1346(b), 1402(b), 2401(b) and 2671-2680, provides the exclusive remedy with respect to plaintiff's claims against defendant. See 42 U.S.C. § 233(a).

5.    This action may be removed to this Court pursuant to 42 U.S.C. § 233(c) and 28 U.S.C. § 2679(d)(2) because: (i) trial has not yet been had of this action; and (ii) this is a civil action brought against a party deemed to be an employee of the United States Government for purposes of the FTCA. A copy of the Certification of Michael J. Garcia, United States Attorney for the Southern District of New York, dated June 28, 2007, certifying that defendant is an employee of the United States for purpose of plaintiff's claims against him, is attached hereto as

Exhibit B.

Dated:     New York, New York
           July 30, 2007

                              Respectfully submitted,

                              MICHAEL J. GARCIA
                              United States Attorney for the
                              Southern District of New York
                              Attorney for Defendant
                              Anees Ahmad, M.D.


            By:    ANDREW M. McNEELA
                   Assistant United States Attorney
                   86 Chambers Street
                   New York, New York 10007
                   Tel. No.: (212) 637-2741
                   Fax No.:  (212) 637-2786


TO:  Matthew J. Maiorana, Esq.
     Queller, Fisher, Dienst, Serrins,
     Washor, & Kool, LLP
     Attorneys for Plaintiff
     233 Broadway
     New York, NY 10279

     Martin Clearwater & Bell
     245 Main Street - 5th Floor
     White Plains, N.Y. 10601

3