MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: ANDREW M. McNEELA
Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Tel. No.: (212) 637-2741
Fax No.: (212) 637-2786

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
JESUS GARCIA, as Administrator of, :
the estate of ANGEL GARCIA, :
deceased, :
 :
              Plaintiff, :    CERTIFICATION
 :
  -against- :    07 Civ. _____
 :
ANEES AHMAD, M.D., JOHN PODESZWA, :    Index No. 8326/07
M.D., and ORANGE REGIONAL MEDICAL :
CENTER, :
 :
             Defendants. :
 :
------------------------------------X

    I, MICHAEL J. GARCIA, the United States Attorney for the Southern District of New York, pursuant to the provisions of 42 U.S.C. § 233 and 28 U.S.C. § 2679(d), and by virtue of the authority vested in me by the Attorney General under 28 C.F.R. § 15.4, hereby certify, on the information now available, that defendant Anees Ahmad, M.D., was acting within the scope of his employment at the time he rendered medical care to the decedent, Angel Garcia.

Dated:    New York, New York
          June 28, 2007

BY: _____
    Cathy Seibel
    Acting United States Attorney
    Pursuant to 28 C.F.R. Sec 0.131

                _____
                MICHAEL J. GARCIA
                United States Attorney
                Southern District of New York