MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: ANDREW M. McNEELA
Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Tel. No.: (212) 637-2741
Fax No.:  (212) 637-2786

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
JESUS GARICA, as Administrator of, :
the estate of ANGEL GARCIA,        :
deceased,                          :
                                   :
            Plaintiff,             :    CERTIFICATE OF SERVICE
                                   :
    -against-                      :    07 Civ. 6891 (WP4)(LMS)
                                   :
ANEES AHMAD, M.D., JOHN PODESZWA,  :    **Index No. 8326/07**
M.D., and ORANGE REGIONAL MEDICAL  :    (Supreme Court of the
CENTER,                            :    State of New York)
                                   :
            Defendants.            :
                                   :
------------------------------------X

　　　　I, ANDREW M. McNEELA, an Assistant United States Attorney for the Southern District of New York, hereby certify that on August 1, 2007, I caused a copy of: (1) the Notice of Removal in <u>Garcia v. Ahmad, et. al</u>, 07 Civ. 6891 (WP4)(LMS); (2) Chief Judge Wood's Standing Order regarding WP4 designated cases; (3) the Preliminary Order in Cases Designated to WP4 Calendar; (4) the Individual Rules of Magistrate Judge Smith; (5) USDC/SDNY Instructions for Filing an Electronic Case or Appeal; (6) USDC/SDNY Procedures for Electronic Case Filing; and (7) USDC/SDNY Guidelines for Electronic Case filing, to be served by Federal Express upon the following:

Matthew J. Maiorana, Esq.
Queller, Fisher, Dienst, Serrins,
Washor, & Kool, LLP
Attorneys for Plaintiff
233 Broadway
New York, NY 10279

Martin Clearwater & Bell
245 Main Street - 5th Floor
White Plains, N.Y. 10601

John Podeszwa, M.D.
419 E. Main street
Middletown, New York 10940

Orange Regional County Medical Center
60 Prospect Avenue
Middletown, NY 10940

Dated:  New York, New York
        August 31, 2007

                                    /s/
                            ANDREW M. McNEELA
                            Assistant United States Attorney