**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF NEW YORK
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601
914 390 4130

Chambers of
**Hon. Lisa Margaret Smith**
Chief United States Magistrate Judge

August 1, 2007

**SCHEDULING ORDER**
07CV6891(WP4)(LMS)

**Matthew J. Maiorana**
Queller, Fisher, Dienst, Serrins, Washor & Kool
233 Broadway 18th Floor
New York, NY 10279

**Andrew Martin McNeela**
U.S. Attorney's Office, SDNY (86 Chambers St.)
86 Chambers Street
New York, NY 10007

The matter of   **GARCIA -V- AHMAD, et, al**   has been scheduled for a

conference before the Hon. Lisa Margaret Smith, Chief United States Magistrate Judge on

October 1, 2007 at 10:30AM in Courtroom 420.

**Parties shall submit an agreed upon scheduling order ( a sample is available on Judge Smith's website at www.nysd.uscourts.gov) on or before this appearance date.**
***Please notify all other parties of this appearance.***

*Any party seeking a reschedule shall telephone chambers with all other parties on the line.*

So Ordered:

*Lisa Margaret Smith*
Lisa Margaret Smith
U.S.M.J.