UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
JESUS GARICA, as Administrator of, :
the estate of ANGEL GARCIA, :
deceased, :
　　　　　　　　　　　　　　　　　　　 :
　　　　　　　　Plaintiff,　　　　　　 :　　ORDER OF DISMISSAL
　　　　　　　　　　　　　　　　　　　 :　　　　　　　(KMK)
　　-against-　　　　　　　　　　　　 :　　07 Civ. 6891 ~~(WP4)~~ (LMS)
　　　　　　　　　　　　　　　　　　　 :
ANEES AHMAD, M.D., JOHN PODESZWA, :　　Index No. 8326/07
M.D., and ORANGE REGIONAL MEDICAL :　　(Supreme Court of the
CENTER, :　　State of New York)
　　　　　　　　　　　　　　　　　　　 :
　　　　　　　　Defendants. :
　　　　　　　　　　　　　　　　　　　 :
------------------------------------X



　　　　IT IS HEREBY ORDERED that the above-captioned action, which was erroneously removed from New York State Supreme Court, Bronx County, in the absence of federal subject matter jurisdiction, is dismissed and the matter returned to the New York State Supreme Court, Bronx County.

SO ORDERED.

Dated:　　August **13**, 2007
　　　　　White Plains, New York

　　　　　　　　　　　　　　　　　　　　　 _____
　　　　　　　　　　　　　　　　　　　　　 ~~LISA MARGARET SMITH~~
　　　　　　　　　　　　　　　　　　　　　 ~~UNITED STATES MAGISTRATE JUDGE~~
　　　　　　　　　　　　　　　　　　　　　 　　U.S.D.J.



U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

86 *Chambers Street, 3rd Floor*
*New York, New York 10007*

August 2, 2007

BY FEDERAL EXPRESS
Honorable Lisa Margaret Smith
United States Magistrate Judge,
   Southern District of New York
United States Courthouse, Room 428
300 Quarropas Street
White Plains, New York 10601-4150



RECEIVED
AUG - 6 2007
HON. LISA MARGARET SMITH
U.S.M.J.

    Re:    Garcia v. Ahmad, et al.,
            07 Civ. 6891 (WP4) (LMS)

Dear Judge Smith:

    We write respectfully regarding the above-captioned medical malpractice matter which, as discussed below, the Government erroneously removed from New York Supreme Court, Bronx County, on July 31, 2007.

    The Government removed this matter on the ground that one of the defendants, Dr. Anees Ahmad, was deemed to be an employee of the United States pursuant to the Public Health Service Act, 42 U.S.C. § 201 et seq., and that the Federal Tort Claims Act therefore provided exclusive jurisdiction over plaintiff's claims. Unbeknownst to the Government at the time it filed its notice of removal, on or about May 8, 2007, the plaintiff filed a Voluntary Notice of Discontinuance against Dr. Ahmad (a copy of this notice is attached hereto). As such, Dr. Ahmad was not a party to the state court action at the time of removal, and there was no jurisdictional basis for the Government to have removed this action. Accordingly, we respectfully request that the Court dismiss the case, and remand the matter to state court. As a convenience to the Court, we enclose a proposed order.

    Thank you for your consideration of this request.

Hon. Lisa M. Smith                                           August 3, 2007
page 2

 

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney
for the Southern District of New York
Attorney for United States of America

By: _____
ANDREW M. McNEELA
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: (212) 637-2741
Facsimile: (212) 637-2786

cc:    BY FEDERAL EXPRESS

Matthew J. Maiorana, Esq.
Queller, Fisher, Dienst, Serrins,           — no objections
Washor, & Kool, LLP
Attorneys for Plaintiff
233 Broadway
New York, NY 10279

Martin Clearwater & Bell
245 Main Street - 5th Floor                 hospital org ( Mr. barbera)
White Plains, N.Y. 10601                    Dr. Podeszwa    914-328-2969

John Podeszwa, M.D.
419 E. Main street
Middletown, New York 10940

Orange Regional County Medical Center
60 Prospect Avenue
Middletown, NY 10940

*[handwritten margin notes: "Ahead; no complete removal?"]*

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX
---------------------------------------------------------------X
JESUS GARCIA, as Administratrix of the Estate of ANGEL
GARCIA, deceased,

            Index No.: 8326/07

           Plaintiff,           NOTICE OF VOLUNTARY
                                        DISCONTINUANCE AS TO
      -against-                  ANEES AHMAD, M.D.

ANEES AHMAD, M.D., JOHN PODESZWA, M.D., and
ORANGE REGIONAL MEDICAL CENTER,

           Defendants.
---------------------------------------------------------------X

      PLEASE TAKE NOTICE, that, pursuant to CPLR 3217(a)(1), plaintiff voluntarily discontinues this action without prejudice as against ANEES AHMAD, M.D.

Dated: New York, New York
       May 8, 2007

                                        Yours, etc.,

                                        QUELLER, FISHER, DIENST, SERRINS,
                                        WASHOR & KOOL, LLP

               By: _____
                      Matthew J. Maiorana
                      Attorneys for Plaintiff
                      233 Broadway
                      New York, New York 10279
                      (212) 406-1700

To:   Anees Ahmad, M.D.
      10 Benton Avenue
      Middletown, NY   10940

      Anees Ahmad, M.D.
      15 Eldred Street
      Middletown, NY   10940

      John J. Barbera, Esq.
      Martin, Clearwater & Bell, LLP
      Attorneys for John Podeszwa and Orange Regional Medical Center
      245 Main Street
      White Plains, NY   10601