UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JESUS GARCIA,

                        Plaintiff,                       07 CV 06891 (KMK)

   -against-                                              JUDGMENT

ANEES AHMAD, M.D., JOHN PODESZWA, M.D.,
and ORANGE REGIONAL MEDICAL CENTER,

                        Defendants.
------------------------------------------------------------X

       Whereas the above entitled action having been assigned to the Honorable Kenneth M. Karas, U.S.D.J., and the Court thereafter on August 13, 2007, having handed down an ORDER OF DISMISSAL (docket #10), the action, which was erroneously removed from New York State Supreme Court, Bronx County, in the absence of federal subject matter jurisdiction, is dismissed and the matter returned to the New York State Supreme Court, Bronx County, it is,

       **ORDERED, ADJUDGED AND DECREED**: that the action, which was erroneously removed from New York State Supreme Court, Bronx County, in the absence of federal subject matter jurisdiction, is dismissed and the matter returned to the New York State Supreme Court, Bronx County and the case is hereby closed.

Dated: White Plains, N.Y.
          August 15, 2007

                                                  J. Michael McMahon- Clerk of Court