UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
JESUS GARCIA, as Administrator of the
Estate of ANGEL GARCIA, deceased,

                    Plaintiff,

          -against-

ANEES AHMAD, M.D., JOHN
PODESZWA, M.D., and ORANGE
REGIONAL MEDICAL CENTER,

                   Defendants.
-------------------------------------------------------X

*Amended.*
**REMAND ORDER**

07 Civ. 6891 (WP4) (LMS)

IT IS HEREBY ORDERED that the above-captioned action, which was erroneously removed from the Supreme Court of the State of New York, Bronx County, in the absence of federal subject-matter jurisdiction, is hereby remanded to the Supreme Court of the State of New York, Bronx County. *This order supersedes the "Order of Dismissal" dated August 13, 2007.*

Dated: White Plains, New York
~~August~~ September 4, 2007

SO ORDERED:

~~LISA MARGARET SMITH~~
~~UNITED STATES MAGISTRATE JUDGE~~
Kenneth M. Karas

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____